The Hon. Robert S. Lasnik

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff<br><br>v.<br><br>GERAEL PATTERSON-WRIGHT,<br><br>Defendant. | NO. CR13-188 RSL<br><br>~~(Proposed)~~ ORDER |

This matter comes before the Court on a stipulated motion to continue the supervised release evidentiary hearing currently scheduled for October 30, 2017. The Court, having reviewed the joint and agreed motion,

HEREBY ORDERS:

That the supervised release evidentiary hearing currently scheduled for October 30, 2017, is continued until **April 26, 2018 @ 8:30 am**.

IT IS FURTHER ORDERED:

That the Writ of Habeas Corpus Ad Prosequendum filed under King County Case Number 17-1-06156-1 KNT (dated September 14, 2017), is recognized by the Court and that the defendant may be transferred to the custody of the King County Sheriff pursuant to this Writ. The Court will address the pending supervised release violations upon the

*United States v. Patterson-Wright*, CR13-188 RSL
Order on Motion To Continue Evidentiary Hearing Date - 1

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

resolution of the pending state charges and upon the return of Gerael Patterson-Wright to federal custody.

DATED this **21st** day of September, 2017.

*[signature: MK Slasnik]*

ROBERT S. LASNIK
U.S. DISTRICT JUDGE

United States v. Patterson-Wright, CR13-188 RSL
Order on Motion To Continue Evidentiary Hearing Date - 2

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970